IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF WISCONSIN

---

EUGENE STRADER, SR.,

    Plaintiff,

v.

UNITED STATES OF AMERICA,
GREGG FEARDAY, H.S.A.,
BOBBIE TRATE and MRS. PADILLA,
a/k/a PATRICE PADILLA-McCLYMAN,

    Defendants.

JUDGMENT IN A CIVIL CASE

10-cv-55-wmc

---

    This action came for consideration before the court with District Judge William M. Conley presiding. The issues have been considered and a decision has been rendered.

---

    IT IS ORDERED AND ADJUDGED that judgment is entered in favor of defendants dismissing plaintiff's claim under the Federal Tort Claims Act against the United States of America, granting the motion for summary judgment by defendants Fearday, Trate and Padilla and dismissing this case.

| | |
|---|---|
| _Peter Oppeneer_ | 7/28/11 |
| Peter Oppeneer, Clerk of Court | Date |